UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
CHPE Properties, Inc.,

                          Plaintiff,

      – against –

NYBOVIA LLC,

                      Defendant.
---------------------------------------------------------------------------x

No. 24-CV-5097 (CS)

**ORDER**

Seibel, J.

       For the reasons stated on the record on July 12, 2024, and on consent of the parties, the

Clerk of Court is respectfully directed to remand this case forthwith to the Supreme Court,

County of Rockland, State of New York, and to close the case.

**SO ORDERED.**

Dated: July 12, 2024
       White Plains, New York

                        _____
                        CATHY SEIBEL, U.S.D.J.